OProb 12B (7/93)

# UNITED STATES DISTRICT COURT

for

**WESTERN DISTRICT OF TEXAS**

FILED
2026 OCT 15 PM 3:32
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY SAR DEPUTY

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Chrishawn Nez

**Case Number:** EP:21-CR-00725-DB(1)

**Name of Sentencing Judicial Officer:** David Briones, Senior U.S. District Judge

**Date of Original Sentence:** February 1, 2022

**Original Offense:** Conspiracy to Import 50 Grams or More of Methamphetamine, in violation of 21 U.S.C. § 963, 21 U.S.C. § 952(a), 21 U.S.C. § 960(a)(1) and 21 U.S.C. § 960(b)(1)(H)

**Original Sentence:** Fifty-seven (57) months custody followed by three (3) years supervised release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** January 12, 2024

---

### PREVIOUS COURT ACTION

On December 14, 2023, the Court modified Nez's conditions to reside at Dismas Charities for up to 180 days as she did not have a verifiable place of residence after releasing from the Bureau of Prisons on January 12, 2024.

### PETITIONING THE COURT

[ ] To extend the term of supervision for ______ years, for a total term of ______ years.

[ x ] To modify the conditions of supervision as follows:

The defendant shall participate and successfully complete a residential substance abuse treatment program and follow the rules and regulations of that program. The program may include testing and examination during and after program completion to determine if the defendant has reverted to the use of drugs. The probation officer shall supervise the participation in the program (provider, location, modality, duration, intensity, etc.). During treatment, the defendant shall abstain from the use of alcohol and any and all intoxicants. The defendant shall pay the costs of such treatment if financially able.

### CAUSE

On September 16, 2026, Nez submitted urinalysis which subsequently tested positive for amphetamines and cocaine. Nez continues to struggle with amphetamines and cocaine drug use despite completing co-occurring treatment sessions at Professional Counseling & Recovery Services in El Paso, Texas. As such it is respectfully recommended Nez's conditions be modified to include

participation in a residential substance abuse treatment program. On October 13, 2026, Nez attended an intake appointment at Aliviane and will begin the program on October 19, 2026. The inpatient program is a 90-day commitment, which will include individual and group counseling sessions. Nez understands that any future non-compliant behavior may result in sanctions and/or revocation proceedings.

This modification is an appropriate action provided under 18 U.S.C. § 3583 and the addition of USSG §5D1.4, which calls for an individualized assessment of the appropriateness of existing conditions. Further, this modification will utilize available resources to continue promoting rehabilitation and ease the person under supervision's transition back into the community. The probation officer will continue to address the needs of the person under supervision while also maintaining public safety.

On October 9, 2026, Torres waived his statutory rights to a hearing to modify the conditions of supervised release by endorsing the attached PROB 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision.

Respectfully submitted,

Daniel Sanchez

Daniel Sanchez
U.S. Probation Officer
Office (915) 585-5540
Cellular (915) 260-788

Date: May 13, 2026

Approved by,

David C. Trejo

David C. Trejo
Supervising U.S. Probation Officer
Office (915) 585-5576
Cellular (915) 861-8369

**THE COURT ORDERS:**

[ ] No action.

[ ] The extension of supervision as noted above.

[X] The modification of conditions as noted above.

[ ] Other

For David Briones,
Senior U.S. District Judge

October 15, 2026
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by Law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall participate and successfully complete a residential substance abuse treatment program and follow the rules and regulations of that program. The program may include testing and examination during and after program completion to determine if the defendant has reverted to the use of drugs. The probation officer shall supervise the participation in the program (provider, location, modality, duration, intensity, etc.). During treatment, the defendant shall abstain from the use of alcohol and any and all intoxicants. The defendant shall pay the costs of such treatment if financially able.**

Witness: Daniel Sanchez

Daniel Sanchez
U.S. Probation Officer

Signed: [signature]

Chrishawn Nez
Defendant

10/07/2026
Date